In the Matter of the Estate of RICHARD M. JORDAN, Deceased.

Surrogate's Court, New York County, June 19, 1935.

*Maurice J. Moore* and *John Francis Moore*, for the executor of deceased trustee.

*William Klein*, for the remainderman, objectant.

DELEHANTY, S.    The executor of a deceased trustee has accounted for the latter's acts as trustee and by his account shows that the deceased trustee carefully kept and honestly managed the trust estate and that it was intact on the date of his death and that the income to that date had been fully accounted for.

Certain matters happened after the death of the trustee which furnish the basis for objections made by the ultimate remainderman of the trust.    The proof sustains his objections so far as the fact basis for them is concerned.    Though the facts have been found as asserted by the remainderman, it does not follow that liability attaches to the estate of the deceased trustee.    His estate is entitled to be discharged from further liability though the facts established clearly entitle the remainderman to relief in another tribunal and against other parties.    (2 Perry Trusts [7th ed.], §§ 291, 426; *Matter of Van Slooten* v. *Dodge*, 145 N. Y. 327.)

Objectant has asked leave to withdraw his objections and in the circumstances such leave will be granted.    Submit, on notice, decree reciting such withdrawal and settling the account as filed.